08-10363 5/01/09
Attorney for Defendant, A&K Ishvar, Inc. d/b/a Red Roof Inn

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SENYOTTA DAVIS | CASE NO.: 1:08CV425 |
| PLAINTIFFS, | Judge Beckwith<br>Magistrate Hogan |
| v. | |
| ACCOR NORTH AMERICA, ET AL. | **DEFENDANTS' DISCLOSURE OF PRIMARY EXPERT WITNESSES** |
| DEFENDANTS. | |

Come now the defendants A&K Ishvar, Inc. d/b/a Red Roof Inn, Red Roof Inn and ACCOR, Inc., by and through their undersigned counsel, and hereby disclose the following as their expert witnesses:

1) Tom Griffiths, Ed.D., Aquatic Safety Research Group, LLC, 1632 Glenwood Circle, State College, Pennsylvania 16803;

2) Jerry P. Szaflarski, M.D., Ph.D., University Neurology, Inc., Medical Arts Building, 222 Piedmont Avenue, Suite 3200, Cincinnati, Ohio 45219;

3) David C. Preston, M.D., 2685 Wadsworth Road, Shaker Heights, Ohio 44122-2009;

4)      Carrie Yeager, R.S., Warren County Combined Health District, 416 S. East Street, Lebanon, Ohio 45036; and

5)      Laurie Loveless, Public Health Environmentalist, Warren County Combine Health District, 416 S. East Street, Lebanon, Ohio 45036.

Respectfully submitted,

/s/ Gary L. Hall
Duane R. Skavdahl, Esq. (0060893)
Gary L. Hall, Esq. (0018693)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
(513) 579-0080
(513) 579-0222 - Fax
dskavdahl@smithrolfes.com
ghall@smithrolfes.com
ATTORNEYS FOR A&K ISVAR, INC.
d/b/a RED ROOF INN


/s/ Adam C. Sherman (per phone authority)
Adam C. Sherman, Esq. (0076850)
VORYS, SATER, SEYMOUR & PEASE, LLP
221 E. Fourth Street, Suite 2000
P.O. Box 236
Cincinnati, Ohio 45202
(513) 723-4680
(513) 723-4056 - Fax
acsherman@vssp.com
ATTORNEY FOR RED ROOF INN AND ACCOR, INC.

## CERTIFICATE OF SERVICE

  I hereby certify a true and accurate copy of the foregoing Defendants' Disclosure of Primary Expert Witnesses was forwarded by electronic mail, this 1st day of May 2009 to:

James M. DuBach, Esq.
CHARLES D. HANKEY LAW OFFICE, PC
Lockerebie Square
434 E. New York Street
Indianapolis, Indiana  46202

Brett Goodson, Esq.
GOODSON & COMPANY, LTD.
110 East Eighth Street, Suite 200
Cincinnati, Ohio  45202-2132

              /s/ Gary L. Hall
              Gary L. Hall, Esq.